JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HARRY SPERL, an individual; and DOES 1-10, Inclusive,<br><br>Defendants. | CV 16-4591 PA (FFMx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's January 6, 2017 Minute Order granting the Motion for Default Judgment filed by plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively, "Plaintiffs") against defendant Harry Sperl ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Defendant shall pay Plaintiffs damages in the amount of $27,000.00;

2. Defendant shall pay Plaintiffs attorneys' fees in the amount of $2,220.00;

3. Plaintiffs shall recover their costs of suit in the amount of $548.00; and

It is further ORDERED, ADJUDGED, and DECREED that Defendant and his agents, employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with Defendant are permanently restrained, enjoined, and prohibited from:

(a) The import, export, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising, or promotion of any counterfeit products bearing the BMW®, MINI®, or MINI COOPER® and their corresponding logo trademarks, specifically including, but not limited to, any license plates, key chains, and any other unauthorized merchandise bearing any of Plaintiffs' Trademarks (including any non-genuine reproduction, counterfeit, copy, or colorable imitation thereof);

(b) The import, export, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising, or promotion of any counterfeit products bearing the BMW®, MINI®, or MINI COOPER® and their corresponding logo trademarks, specifically including, but not limited to, any license plates, key chains, and any other product that infringes or dilutes any of Plaintiffs' Trademarks, trade name, and/or trade dress, including, but not limited to, any of Plaintiffs' Trademarks;

(c) The unauthorized use, in any manner whatsoever, of any of Plaintiffs' Trademarks, trade names and/or trade dress including, but not limited to, BMW®, MINI®, or MINI COOPER® and their corresponding logos, any variants, colorable imitations, translations, and/or simulations thereof and/or any items that are confusingly similar thereto, including specifically:

   i.   on or in conjunction with any product or service; and
   ii.  on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, or containers;

(d) The use of any trademark, trade name, or trade dress that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe, that unauthorized product imported, exported, manufactured, reproduced, distributed, assembled, acquired, purchased,

offered, sold, transferred, brokered, consigned, distributed, stored, shipped, marketed, advertised, and/or promoted by Defendant originates from Plaintiffs, or that said merchandise has been sponsored, approved, licensed by, or associated with Plaintiffs or is, in some way, connected or affiliated with Plaintiffs;

(e) Engaging in any conduct that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that, Defendant is connected with or is in some way sponsored by or affiliated with Plaintiffs or purchases product from or otherwise has a business relationship with Plaintiffs; and

(f) Affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods, a false description or representation, including words or symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

DATED: January 6, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE